TDCJ Offender Details     82,99|-01     Page 1 of 2

⭐ **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home    🔍 New Offender Search

# Offender Information Details

| Return to Search list |
|---|

| | |
|---|---|
| **SID Number:** | 05617385 |
| **TDCJ Number:** | 01759833 |
| **Name:** | GRIFFIN,HERBERT BERNARD |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1977-07-16 |
| **Maximum Sentence Date:** | 2015-10-14 |
| **Current Facility:** | NEAL |
| **Projected Release Date:** | 2015-10-14 |
| **Parole Eligibility Date:** | NOT AVAILABLE |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |
|---|

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2000-12-07 | UUMV | 2001-09-20 | TRAVIS | 1010814 | 1-00-00 |
| 2010-03-10 | DWI | 2011-12-20 | TRAVIS | D-1-DC-10- | 4-00-00 |